UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCIA ELLEN BUNNEY, | ) | 1:06-CV-00415 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO SUPPLEMENT PETITION |
| v. | ) | [Doc. #5] |
| | ) | |
| RON KENAN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Michael Satris, Esq.

On January 9, 2005, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Northern District of California. On February 27, 2006, the matter was transferred to the Fresno Division of the Eastern District of California. Following a preliminary review of the petition, on May 11, 2006, Respondent was ordered to respond to the petition. At this time, Respondent has not yet filed a response. On July 27, 2006, Petitioner filed a motion to supplement the petition. Specifically, Petitioner seeks to include the most recent denial of parole by the Board of Prison Hearings which occurred on July 28, 2005. Petitioner states she has fully exhausted her claims with respect to the most recent denial of parole.

Following a stay of the petition, Petitioner filed an amended petition on June 15, 2005. On

1    Rule 15(d) of the Federal Rules of Civil Procedure provides, in relevant part:

2    (a) Supplemental Pleadings. Upon motion of a party the court may, upon reasonable notice and upon such terms as are just, permit the party to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented. Permission may be granted even though the original pleading is defective in its statement of a claim for relief or defense. If the court deems it advisable that the adverse party plead to the supplemental pleading, it shall so order, specifying the time therefor.

Good cause having been presented and good cause appearing therefor, Petitioner's motion to file and serve her supplemental pleading is GRANTED. Respondent is DIRECTED to address Petitioner's supplement within the response. In light of the supplement, the deadline for filing a response is hereby extended to and including September 29, 2006.

IT IS SO ORDERED.

**Dated:   August 16, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES MAGISTRATE JUDGE