UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCIA ELLEN BUNNEY, | ) | 1:06-CV-00415-OWW-LJO-HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE RESPONSE TO PETITION |
| | ) | |
| RON KENAN, | ) | (Doc. 8) |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 30, 2006, respondent filed a motion for an extension of time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

**Dated:   October 18, 2006**          /s/ Lawrence J. O'Neill
23ehd0                                  UNITED STATES MAGISTRATE JUDGE