# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA ELLEN BUNNEY, ) | 1:06-CV-00415 OWW NEW (DLB) HC |
| ) | |
| Petitioner, ) | ORDER VACATING ORDER AND |
| ) | FINDINGS AND RECOMMENDATION OF |
| ) | APRIL 12, 2007, THAT HAD |
| ) | RECOMMENDED THE PETITION BE |
| v. ) | DENIED [Doc. #15] |
| ) | |
| ) | ORDER GRANTING PETITIONER'S |
| ) | MOTION FOR ORDER DIRECTING |
| RON KENAN, ) | RESPONDENT TO FILE ALL STATE |
| ) | PETITIONS FOR WRIT OF HABEAS |
| Respondent. ) | CORPUS AND EXHIBITS ATTACHED |
| ) | THERETO [Doc. #13] |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Michael Satris, Esq.

On April 12, 2007, this Court issued a Findings and Recommendation that recommended the petition be denied. The parties were granted thirty (30) days to file objections.

On May 11, 2007, Petitioner filed her objections to the Findings and Recommendation. Among her various arguments, Petitioner takes exception to the denial of her December 1, 2006, motion for an order directing Respondent to file all state habeas petitions and the exhibits attached thereto. Petitioner asserts that a fully informed decision cannot be rendered without these documents. In light of her arguments, the Court hereby reconsiders its order and grants Petitioner's request

1  pursuant to Rules 5(d) and 7(a) of the Rules Governing Section 2254 Cases.

2       Accordingly, the Court hereby VACATES the Findings and Recommendation of April 12,

3  2007.  Respondent is DIRECTED to file all state court habeas petitions filed by Petitioner with

4  respect to the pertinent claims along with the exhibits attached thereto within thirty (30) days of the

5  date of service of this order.

6       IT IS SO ORDERED.

7       Dated: **June 14, 2007**       **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE