IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA BUNNEY, | 1:06-cv-00415-OWW-NEW(DLB) HC |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME NUNC PRO TUNC |
| RON KENAN, | (DOCUMENT #18) |
| Respondent. _____/ | |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254 and represented by counsel.  On July 16, 2007, Respondent filed a motion to extend time to file in compliance with the Court's order of June 15, 2007.  Inasmuch as Respondent filed his responses to the Court's order on August 1, 2007, and good cause having been presented to the court,  IT IS HEREBY ORDERED that:

Respondent's  motion to extend time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   **August 20, 2007**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE