UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCIA ELLEN BUNNEY, ) | ) | 1:06-CV-00415 OWW NEW (DLB) HC |
| Petitioner, ) | ) | |
| v. ) | ) | ORDER GRANTING REQUEST FOR EXTENSION OF TIME |
| RON KENAN, Warden, ) | ) | [Doc. #26] |
| Respondent. ) | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Michael Satris, Esq.

On September 21, 2007, Petitioner filed a request for an extension of time in which to file objections to the Findings and Recommendation. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, Petitioner is GRANTED an extension of time of thirty (30) days to and including **November 5, 2007**, to file objections.

IT IS SO ORDERED.

**Dated:** **September 25, 2007**          /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE